## MOTION DOCKET

00–1869.   State v. Weideman.

Portage App. No. 98–P–0109. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry filed

October 10, 2000, at page 2:

"Whether a stop and detention of a motorist by a police officer, who is *beyond* his or her jurisdictional limits, for an offense observed and committed *outside* the officer's jurisdiction automatically constitutes a *per se* unreasonable seizure under the Fourth Amendment, thereby triggering the mandatory application of the exclusionary rule to suppress all evidence flowing from the stop."

Cause consolidated with 00–2126, *State v. Weideman*, Portage App. No. 98–P–0109.

The conflict cases are *State v. Filler* (1995), 106 Ohio App.3d 731, 667 N.E.2d 54; *State v. Tennison* (Apr. 14, 1989), Wood App. No. WD–88–41, unreported, 1989 WL 35534; *State v. Brown* (Apr. 16, 1999), Pickaway App. No. 98CA27, unreported, 1999 WL 259649; and *State v. Hammons* (Aug. 28, 1998), Montgomery App. No. 16931, unreported, 1998 WL 543363.